IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 16-00224-01-CR-W-HFS |
| | ) | |
| LARON J. WAINWRIGHT, | ) | |
| | ) | |
| Defendant. | ) | |

MEMORANDUM OF MATTERS DISCUSSED AND
ACTION TAKEN AT PRETRIAL CONFERENCE

**PENDING CHARGE**: On June 30, 2017, the Grand Jury returned a two count Indictment charging in **Count 1** that on or about June 10, 2016, in the Western District of Missouri, Laron J. Wainwright, defendant herein, having been convicted of at least three crimes punishable by imprisonment for a term exceeding one year that are violent felonies or serious drug offenses as defined in Title 18, United States Code, Section 924(e)(1), did knowingly possess in and affecting commerce, firearms, to wit: a silver Jimenez J.A. Nine, 9mm semi-automatic handgun, bearing serial number 075331, and a black SCCY CPX-1, 9mm semi-automatic handgun with an obliterated serial number, both of which had been transported in interstate commerce, contrary to the provisions of Title 18, United States Code, Sections 922(g)(1) and 924 (e)(1); and in **Count 2** that on or about April 5, 2015, in the Western District of Missouri, Laron J. Wainwright, defendant herein, having been convicted of at least three crimes punishable by imprisonment for a term exceeding one year that are violent felonies or serious drug offenses as defined in Title 18, United States Code, Section 924(e)(1), did knowingly possess in and affecting commerce, a firearm, to wit: a silver Jimenez J.A. Nine, 9mm semi-automatic handgun, bearing serial number 168125, which had been transported in interstate commerce, contrary to the provisions of Title 18, United States Code, Sections 922(g)(1) and 924 (e)(1).

The following matters were discussed and action taken during the pretrial conference:

**TRIAL COUNSEL**:
       Government: Stefan Hughes
       Case Agent: Detective Eric DeValkenaere
       Defense: Travis Poindexter

**OUTSTANDING MOTIONS**:

| 10/11/2017 | 30 | NOTICE of filing *Government's Notice of Expert Witnesses* by USA as to Laron J Wainwright (Hughes, Stefan) (Entered: 10/11/2017) |
|---|---|---|

**TRIAL WITNESSES**:

    Government: 13 with stipulations;
    Defendants: only 2 witnesses beyond those listed on the government's list including possibly the defendant

**TRIAL EXHIBITS**
    Government: 30 exhibits
    Defendant: No more than 5 exhibits

**DEFENSES**: General Denial

**POSSIBLE DISPOSITION**:
    (X) Definitely for trial; ( ) Possibly for trial; ( ) Likely a plea will be worked out

**TRIAL TIME: 2 1/2 -3 days**
    Government's case including jury selection: 2 1/2 days
    Defense case: 1/2 day

**STIPULATIONS**: The parties have reached stipulations to the interstate nexus of the firearm and to the defendant's felony convictions.

**UNUSUAL QUESTIONS OF LAW:** None

**FILING DEADLINES:**

    **Witness and Exhibit List**
    Government: (filed 10/13/17) **no later than thirty days prior to trial**
    Defense: (witness filed 10/17/17) **no later than thirty days prior to trial**

    **Counsel are requested to list witnesses in alphabetical order on their witness list.**

    **Exhibit Index, Voir Dire, Jury Instructions: Noon, Wednesday, October 25, 2017.**
    **Please Note**: Jury instructions must comply with Local Rule 51.1

**TRIAL SETTING**: Criminal jury trial docket set for October 30, 2017.

    **Please note:** Mr. Hughes has another case on this docket as well (Case No. 15-00354). The two cases need to be set on separate weeks.

**IT IS SO ORDERED.**

                                                /s/ Sarah W. Hays
                                               SARAH W. HAYS
                                               United States Magistrate Judge