IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Criminal No. 16-00224-01-CR-W-HFS |
| | ) | |
| LARON J. WAINWRIGHT, | ) | |
| | ) | |
| Defendant. | ) | |

MEMORANDUM OF MATTERS DISCUSSED AND
ACTION TAKEN AT PRETRIAL CONFERENCE

**PENDING CHARGE**: On June 13, 2016, a Criminal Complaint was filed against defendant Laron J. Wainwright. On June 30, 2016, the Grand Jury returned a two-count Indictment against defendant Wainwright. The Indictment charges defendant with two counts of being a felon in possession of firearms. (Count One lists two firearms. With respect to Count One of the Indictment, the government intends to go forward only on one firearm. So the case will involve two counts and two firearms.)

The following matters were discussed and action taken during the pretrial conference:

**TRIAL COUNSEL**:
       Government: Stefan Hughes/Matthew Moeder
       Case Agent: Detective Eric Devalkenaere
       Defense: Travis Poindexter

**OUTSTANDING MOTIONS**:

| 10/11/2017 | 30[1] | NOTICE of filing *Government's Notice of Expert Witnesses* by USA as to Laron J Wainwright (Hughes, Stefan) (Entered: 10/11/2017) |
|---|---|---|
| 11/02/2017 | 47 | MOTION in limine by Laron J Wainwright. Suggestions in opposition/response due by 11/16/2017 unless otherwise directed by the court. (Poindexter, Travis) (Entered: 11/02/2017) |

As to document # 47, government counsel does not intent to offer any of the evidence listed in the motion in limine in its case-in-chief.

**TRIAL WITNESSES**:
       Government: 15 witnesses with stipulations

---

[1] The defendant may name an expert witness as well. Government counsel is aware of this possibility and has no objection.

Defendant: 7 witnesses, and possibly the defendant, but only two of the witnesses are not on the government's witness list

**TRIAL EXHIBITS**
Government: 30 exhibits
Defendant: not more than 5 exhibits for defendant

**DEFENSES**: General Denial

**POSSIBLE DISPOSITION**:
(X) Definitely for trial; ( ) Possibly for trial; ( ) Likely a plea will be worked out

**TRIAL TIME: 3-3 ½ days**
Government's case including jury selection: 3 days
Defense case: less than ½ day

**STIPULATIONS**: The parties have agreed to stipulate that defendant has prior felony convictions and that the guns were manufactured outside the state of Missouri.

**UNUSUAL QUESTIONS OF LAW:** None

**FILING DEADLINES:**

**Witness and Exhibit List**
Government: (both filed 10/13/17) **no later than thirty days prior to trial**
Defense: (witness list only filed 10/17/17) **no later than thirty days prior to trial**

**Counsel are requested to list witnesses in alphabetical order on their witness list.**

**Exhibit Index, Voir Dire, Jury Instructions: Noon, Wednesday, August 15, 2018.**
**Please Note**: Jury instructions must comply with Local Rule 51.1

**Motion in Limine: None planned**

**TRIAL SETTING**: Criminal jury trial docket set for August 20, 2018.
**Please note: Defense counsel is asking for the second week of the docket as his investigator will be in another trial the first week of the docket.**

**IT IS SO ORDERED.**

_/s/ Sarah W. Hays_
SARAH W. HAYS
United States Magistrate Judge